IN RE. THE ALLEGED WILL OF
BRONISLAL KUPISIEWICZ.

June 4, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS L. JENKINS.

June 4, 1975. Petition for certification denied.

DARRYL WHITE v. ALLARD ALLEN.

June 4, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES A. ROBINSON.

June 4, 1975. Petition for certification denied.

BOARD OF EDUCATION OF THE TOWNSHIP OF CINNA-
MINSON v. CINNAMINSON TEACHERS' ASSOCIATION,
INC.

June 4, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND BLOW.

June 4, 1975. Petition for certification denied. (See 132
*N. J. Super.* 487).